IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JIMMIE JR COLE                                                                                                PLAINTIFF

v.                                              Civil No. 4:18-cv-04076

SERGEANT REYNOLDS;
NAUTICA BROWN; and JOHN DOES 1-3
OF THE TEXARKANA ARKANSAS
POLICE DEPARTMENT                                                                              DEFENDANTS

# ORDER

Jimmie JR Cole filed this 42 U.S.C. § 1983 action *pro se* on May 8, 2018. (ECF No. 1). Plaintiff's application to proceed *in forma pauperis* was granted the same day. (ECF No. 5).

Plaintiff's Complaint (ECF No. 1) names three John Doe Defendants identified as Texarkana, Arkansas police officers. **The Clerk is DIRECTED to add Chief of Police Robert H. Harrison as a defendant in this lawsuit solely for the purpose of identifying the three John Doe defendants. Once the individual police officers have been identified, Defendant Harrison shall be terminated from this lawsuit.**

I hereby **DIRECT** the United States Marshal to serve Defendant Harrison.

Defendant Harrison may be served at the Texarkana Police Department, 100 N. Stateline Ave., Texarkana, Arkansas 75504. Defendant Harrison is to be served without prepayment of fees and costs or security. Defendant Harrison is ordered to answer within twenty-one (21) days from the date of service.

**Defendant Harrison is DIRECTED to identify the following individuals when responding to Plaintiff's Complaint: the three Texarkana Arkansas police officers involved in the apprehension and arrest of Plaintiff on February 8, 2018.**

**The Clerk is directed to prepare and issue summons and a USM 285 for the Defendants being served.**

IT IS SO ORDERED this 29th day of August 2018.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE
